# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ALINA NOVIKOVA, et al.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C25-0395-KKE<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR ABEYANCE |

This matter comes before the Court on the parties' stipulated motion to hold the case in abeyance until July 7, 2025. Dkt. No. 6. The Court finds good cause to GRANT the stipulated motion and ORDERS the case stayed until July 7, 2025. The parties shall file a joint status update on or before July 7, 2025.

Dated this 12th day of May, 2025.

　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER GRANTING STIPULATED MOTION FOR ABEYANCE - 1