District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALINA NOVIKOVA, *et al.*,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-00395-KKE<br><br>STIPULATED MOTION TO DISMISS<br>AND ORDER<br><br>Noted for Consideration:<br>May 20, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Form I-130, Petition for Alien Relative, and Form I-485, Application to Register Permanent Residence or Adjust Status. USCIS has adjudicated the applications, and this case is now moot.

//

//

STIPULATED MOTION AND ORDER TO DISMISS
[Case No. 2:25-cv-00395-KKE] - 1

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800

DATED this 20th day of May, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3800
Fax:    (253) 428-3826
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 79 words, in compliance with the Local Civil Rules.*

*s/ Alina Novikova*
ALINA NOVIKOVA
2334 Elliott Avenue, Apt. 404
Seattle, Washington 98121
Phone: 929-355-8420
Email:  lina.novikova.1997@gmail.com
*Pro Se Plaintiff*

*s/ Joshua Enz*
JOSHUA ENZ
2334 Elliott Avenue, Apt. 404
Seattle, Washington 98121
Phone: 929-355-8420
Email:  joshusee@gmail.com
*Pro Se Plaintiff*

STIPULATED MOTION AND ORDER TO DISMISS
[Case No. 2:25-cv-00395-KKE] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The case is dismissed without prejudice.  It is so **ORDERED**.

DATED this 21st day of May, 2025.

_____
Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO DISMISS
[Case No. 2:25-cv-00395-KKE] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800